1

2

3

4

5        **UNITED STATES DISTRICT COURT**

6        **EASTERN DISTRICT OF WASHINGTON**

7    ROBERT HYDE,                              No. 1:15-CV-3067-FVS

8               Plaintiff,                     ORDER ADOPTING REPORT AND
                                               RECOMMENDATION TO GRANT
9        vs.                                   PLAINTIFF'S MOTION FOR
                                               SUMMARY JUDGMENT AND
10   CAROLYN W. COLVIN,                        DENY DEFENDANT'S MOTION
                                               FOR SUMMARY JUDGMENT
11   Acting Commissioner of Social Security,
                                               ECF Nos. 13, 19, 25
12              Defendant.

13

14       **BEFORE THE COURT** is the Report and Recommendation issued by

15   Magistrate Judge Mary K. Dimke on August 4, 2016, ECF No. 25, recommending

16   Plaintiff's Motion for Summary Judgment, ECF No. 13, be granted and

17   Defendant's Motion for Summary Judgment, ECF No. 19, be denied.   No

18   objection was filed.  After review, the Court hereby adopts the Report and

19   Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

20

     ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT
     PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY
     DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

1.    The Report and Recommendation, **ECF No. 25**, is **ADOPTED** in its entirety.

2.    Plaintiff's Motion for Summary Judgment, **ECF No. 13,** is **GRANTED**.

3.    Defendant's Motion for Summary Judgment, **ECF No. 19,** is **DENIED.**

4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and forward copies to the parties.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED August 25, 2016.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2